1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant POWELL
7
8
9               IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,       )   CR-09-0409 VRW
12                                  )
                Plaintiff,          )   **STIPULATION AND [PROPOSED]**
13                                  )   **ORDER CONTINUING SENTENCING**
        v.                          )   **HEARING**
14                                  )
   DAMIEN POWELL,                   )
15                                  )
                Defendant.          )
16 _____  )
17
        Defendant and the government, through their respective counsel, hereby stipulate that,
18
   subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
19
   set for Thursday, September 10, 2009, be continued to October 1, 2009, at 2:00 p.m.  The reason
20
   for the continuance is that defense counsel is on leave for the balance of the currently scheduled
21
   presentence period and thus unable to complete defense preparations.
22
        All parties and the probation officer are available on the requested date.
23
   / /
24
   / /
25
   / /
26

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING;
CR 09-0409 VRW                               1

1    IT IS SO STIPULATED.

2

3    Dated:    August 18, 2009            ____/s/_____
                                          RONALD C. TYLER
4                                         Assistant Federal Public Defender
                                          Counsel for Damien Powell
5

6    Dated:    August 18, 2009            ____/s/_____
                                          NATHANAEL M. COUSINS
7                                         Assistant United States Attorney

8

9                         [~~PROPOSED~~] ORDER

10   GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11   aforementioned matter currently set for September 10, 2009 shall be continued to October 1,

12   2009, at 2:00 p.m.

13   **IT IS SO ORDERED**.

14

15

16

17   Dated:  August 20, 2009              _____
                                          HONORABLE VAUGHN R. WALKER
18                                        CHIEF UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]*